### CLAY v. CLAY et al.

Injunction and receiver. *Lis pendens.*

BLECKLEY, C. J.—There was no abuse of discretion in denying an interlocutory injunction and receiver. Under the doctrine of *lis pendens* the fruits of the litigation, if any, as to the *corpus* of the real estate will be secure; and as to income, choses in action, etc., the solvency of one of the defendants affords reasonable security against loss. *Judgment affirmed.*

December 23, 1890.

From Bibb superior court. Before Judge MILLER, at chambers, June 10, 1890.

HARDEMAN & NOTTINGHAM, for plaintiff.

R. W. PATTERSON, for defendants.